## MERCANTILE BANK, N.A., Plaintiff–Respondent,

v.

## Elbert A. WALTON, Jr., Defendant–Appellant.

No. 58311.

Missouri Court of Appeals, Eastern District, Division Five.

April 16, 1991.

Elbert A. Walton, Jr., St. Louis, for defendant-appellant.

Kathy Vann Quinerly, Joan Kay McMullen, St. Louis, for plaintiff-respondent.

PER CURIAM.

Defendant, Elbert A. Walton, Jr., appeals from the trial court's grant of summary judgment in favor of plaintiff, Mercantile Bank, N.A., f/k/a Mercantile Trust Company, N.A., on an action for the balance due on a promissory note. We have reviewed the record on appeal and find that there was no genuine issue as to any material fact and that plaintiff-bank was entitled to judgment as a matter of law. *See* Rule 74.04(c). An extended opinion would serve no jurisprudential purpose. The judgment of the trial court is affirmed in accordance with Rule 84.16(b).